# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **LCP WEST MONROE, LLC** | **CIVIL ACTION NO. 17-00372** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNITED STATES OF AMERICA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 43] filed by Selective Insurance Company of the Southeast ("Selective") is GRANTED, and Plaintiff LCP West Monroe, LLC's claims against Selective are DISMISSED WITH PREJUDICE.

**MONROE, LOUISIANA,** this 18th day of May, 2018.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　TERRY A. DOUGHTY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE