UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| LCP WEST MONROE, L.L.C. | * | CIVIL ACTION NO. 17-0372 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| THE UNITED STATES OF AMERICA AND SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST | * | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss for lack of subject matter jurisdiction [Doc. No. 33] filed by the United States is **GRANTED IN PART and DENIED IN PART**. The motion is **GRANTED** as to Plaintiff LCP West Monroe, L.L.C.'s ("LCP") (1) Count I claims, in their entirety, for losses associated with Building M and the Office Building, and (2) any theory of recovery asserted by LCP in Count II for losses associated with Buildings H, J, & L – apart from the lone claim authorized by 42 U.S.C. § 4072. These claims are **DISMISSED WITHOUT PREJUDICE**. The motion to dismiss is otherwise

**DENIED**.

MONROE, LOUISIANA, this 12th day of July, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE